```
McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant United States Attorney
Telephone: (559) 498-7316
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7316
Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE CARSJENS,<br><br>    Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | 1:04-cv-06419 TAG<br><br>STIPULATION AND ORDER<br>TO REDACT PAGES FROM<br>ADMINISTRATIVE RECORD |

   The parties to the above-captioned action, by and through their undersigned attorneys, hereby stipulate as follows:

   1) Pages 98 and 99 of the Certified Administrative Record, which consists of Exhibit 13E (Claimant's Recent Medical Treatment and Exhibit 14E (Claimant's Medications), are confidential records that contain information pertaining to individuals other than Plaintiff.

   2) Said pages shall be removed from the Certified Administrative Record by Plaintiff, Defendant, and the Court.

   3) All copies of the above-mentioned pages shall be returned to the Office of the Regional Counsel, SSA, through the United States Attorney's Office, Fresno, CA.

|    |                          |                                                          |
|----|--------------------------|----------------------------------------------------------|
| 1  |                          | Respectfully submitted,                                  |
| 2  | Dated: July 22, 2005     | /s/ Steven G. Rosales                                    |
|    |                          | STEVEN G. ROSALES                                        |
| 3  |                          | Attorneys for Plaintiff                                  |

Dated: July 25, 2005     McGREGOR W. SCOTT
                         United States Attorney


                         /s/ Kristi C. Kapetan
                         KRISTI C. KAPETAN
                         Assistant United States Attorney

IT IS SO ORDERED.

**Dated:   August 8, 2005**              **/s/ Theresa A. Goldner**
j6eb3d                             UNITED STATES MAGISTRATE JUDGE