McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4036

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE CARSJENS,<br><br>   Plaintiff,<br><br>   v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>   Defendant. | 1:04-cv-6419 TAG<br><br>STIPULATION AND ORDER<br>AWARDING EAJA ATTORNEY FEES |

IT IS HEREBY STIPULATED by the parties through their undersigned counsel, subject to the approval of the Court, that counsel for plaintiff be awarded attorney fees under the Equal Access to Justice Act in the amount of TWO THOUSAND SEVEN HUNDRED DOLLARS AND NO CENTS ($2,700.00). This amount represents compensation for legal services rendered on behalf of plaintiff by plaintiff's attorney in connection with this civil action for services performed before the district court in accordance with 28 U.S.C. § 2412(d).

This stipulation constitutes a compromise settlement of plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of defendant under the EAJA. Payment in the aforementioned sum under EAJA shall constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorneys fees incurred in this action under EAJA.

///

1

The settlement of plaintiff's claim for EAJA attorney fees does not preclude plaintiff's counsel from seeking attorney fees under 42 U.S.C. § 406 of the Social Security Act, subject to the offset provisions of the law.

Respectfully submitted,

Dated: July 5, 2006         /s/ Steven G. Rosales
                            (As authorized via facsimile)
                            STEVEN G. ROSALES
                            Attorney for Plaintiff

Dated: July 5, 2006         McGREGOR W. SCOTT
                            United States Attorney


                            /s/ Kristi C. Kapetan
                            KRISTI C. KAPETAN
                            Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:   **July 5, 2006**              **/s/ Theresa A. Goldner**
**j6eb3d**                         UNITED STATES MAGISTRATE JUDGE

2